907 A.2d 427

VICTOR DZIUBA AND ALEXANDRA DZIUBA, HUSBAND AND WIFE, PLAINTIFFS–RESPONDENTS, v. SCOTT J. FLETCHER, DEFENDANT–APPELLANT, AND KRISTEN L. VANDERHOOK, LOUIS H. VANDERHOOK, JANE DOE EMPLOYER (A FICTITIOUS NAME), AND FIRST TRENTON INDEMNITY COMPANY, DEFENDANTS.

Argued September 11, 2006—Decided October 12, 2006.

*Michael G.B. David,* argued the cause for appellant (*Lewis & David,* attorneys).

*Anthony Granato,* argued the cause for respondents (*Jarve & Kaplan,* attorneys).

PER CURIAM.

We granted certification in this matter to review the Appellate Division judgment holding that *N.J.S.A.* 39:6A–4.5a does not bar plaintiff's recovery of non-economic damages under the tortfeasor defendant's automobile insurance policy. *Dziuba v. Fletcher,* 382 *N.J.Super.* 73, 82, 887 *A.*2d 732 (2005), *certif. granted,* 186 *N.J.* 363, 895 *A.*2d 450 (2006). As the Appellate Division decision noted, plaintiff, an uninsured motorist, was not operating his uninsured vehicle when he was injured in an accident involving defendant's car. *Id.* at 76, 887 *A.*2d 732. In such circumstances, we agree with the Appellate Division that *N.J.S.A.* 39:6A–4.5a does not preclude an injured plaintiff from recovering non-economic damages under a defendant's policy of automobile insurance. Accordingly, substantially for the reasons expressed in Judge Weissbard's opinion, we affirm the Appellate Division's judgment.

*For affirmance*—Chief Justice PORITZ and Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE, and RIVERA–SOTO—7.

*Opposed*—None.